Appeal No. 78-291. THE WOONSOCKET HISTORICAL SOCIETY *v.* CITY OF WOONSOCKET *et al.* Plaintiff has failed to file a bond as ordered by this court. Accordingly, the stay issued in this case on October 12, 1978 is hereby dissolved. *Abatuno, Fishbein & Marocco, Angelo R. Marocco,* for plaintiff. *Thomas J. Kane, Gerald M. Brenner, Julius C. Michaelson,* Attorney General, *Everett Sammartino,* Assistant U.S. Attorney, for respondents.